# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 132

In the Interest of H.J.J.N., a Child

| | |
|---|---|
| Grand Forks County Human Service Zone, | Petitioner and Appellee |
| v. | |
| H.J.J.N., child; and | |
| J.N., father; | Respondents |
| and | |
| S.R., mother, | Respondent and Appellant |

## No. 20240060

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable M. Jason McCarthy, Judge.

AFFIRMED.

Per Curiam.

Victoria J.M. Christian, under the Rule on Limited Practice of Law by Law Students, and Haley L. Wamstad, State's Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Samuel A. Gereszek, Grand Forks, ND, for respondent and appellant; submitted on brief.

# Interest of H.J.J.N.
## No. 20240060

**Per Curiam.**

[¶1]    S.R. appealed from a judgment terminating her parental rights to H.J.J.N., arguing the juvenile court erred by failing to consider her timely filed closing brief and granting the petition to terminate her parental rights. We retained jurisdiction under N.D.R.App.P. 35(a)(3)(B) and remanded with instructions for the court to consider S.R.'s closing brief. *Int. of H.J.J.N.*, 2024 ND 70, ¶ 8, 5 N.W.3d 775. On remand, the court entered an amended judgment terminating S.R.'s parental rights to H.J.J.N. The parties did not request additional briefing or oral argument before this Court under N.D.R.App.P. 35(a)(3)(B)(ii).

[¶2]    The juvenile court found H.J.J.N. to be a child in need of protection and had been in the care, custody, and control of the Human Service Zone for at least 450 out of the previous 660 nights under N.D.C.C. § 27-20.3-20(1)(c)(2). After reviewing the record, we conclude the court's findings are supported by clear and convincing evidence and are not clearly erroneous, and the court did not abuse its discretion by terminating S.R.'s parental rights. We summarily affirm the amended judgment under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]    Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr